No. 07-14-00086-CR

| | | |
|---|---|---|
| Jeffery T. Whitfield<br> Appellant | § | From the County Criminal Court<br> No. 1 of Denton County |
| | § | |
| v. | | April 9, 2015 |
| | § | |
| The State of Texas<br> Appellee | § | Opinion by Justice Hancock |

**J U D G M E N T**

Pursuant to the opinion of the Court dated April 9, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o